DANIEL J. BUSSEL (State Bar No. 121939)
MICHAEL L. TUCHIN (State Bar No. 150375)
MARTIN R. BARASH (State Bar No. 162314)
STACIA A. NEELEY (State Bar No. 233157)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

Bankruptcy Counsel for
Debtors and Debtors In Possession

Debtors' Mailing Address
633 West Fifth Street., Suite 2560
Los Angeles, CA 90071

PureBeauty, Inc.'s Federal Tax I.D. # 95-XXX5014
Pure Salons, Inc.'s Federal Tax I.D. # 95-XXX9408

**ENTERED**
MAY 11 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

**FILED**
MAY 10 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PUREBEAUTY, INC., a Delaware corporation,<br>PURE SALONS, INC., a Delaware corporation,<br><br>Debtors. | Jointly Administered Under<br>Case No.: SV-06-10545-KT<br><br>Chapter 11<br><br>**ORDER AUTHORIZING AND APPROVING: (A) ADEQUACY OF DISCLOSURE STATEMENT; (B) FORM, SCOPE, AND NATURE OF SOLICITATION, BALLOTING, TABULATION, AND NOTICES WITH RESPECT THERETO; AND (C) RELATED CONFIRMATION PROCEDURES, DEADLINES, AND NOTICES**<br><br>**Hearing**<br><br>Date:    May 10, 2007<br>Time:    2:00 p.m.<br>Place:    Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA  91367-6603 |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

# ORIGINAL
Document3

1    On January 30, 2007, the Debtors filed the "Disclosure Statement Describing Debtors'

2 Joint Chapter 11 Plan (Dated: January 30, 2007)," along with the "Debtors' Joint Chapter 11

3 Plan (Dated: January 30, 2007)." On April 16, 2007, the Debtors filed the "Disclosure

4 Statement Describing Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007)" (as

5 amended, the "Disclosure Statement"), along with the "Debtors' Amended Joint Chapter 11

6 Plan (Dated: April 16, 2007)" (as amended, the "Plan")[1], and black-lined versions of each

7 showing the modifications made to the prior versions.

8    On May 10, 2007, this Court held a hearing ("Hearing") on the adequacy of the

9 Disclosure Statement, and on the "Motion For Order Authorizing And Approving: (A)

10 Adequacy Of Disclosure Statement Describing Debtors' Amended Joint Chapter 11 Plan

11 (Dated April 16, 2007); (B) Form, Scope, And Nature Of Solicitation, Balloting, Tabulation,

12 And Notices With Respect Thereto; And (C) Related Confirmation Procedures, Deadlines,

13 And Notices" ("Motion"). Appearances were made as noted in the record of the Hearing.

14    In connection with the Hearing, the Court has reviewed and considered: (i) the

15 Motion, the accompanying Memorandum of Points and Authorities, and the Declaration of

16 Sven Johnson in support of the Motion; (ii) the Disclosure Statement; (iii) the Plan; (iv) the

17 objection filed by the Office of the United States Trustee ("OUST"); (v) the "Submission Of

18 Modifications To (1) Debtors' Amended Joint Chapter 11 Plan (Dated April 16, 2007) And

19 (2) Disclosure Statement Describing Debtors' Amended Joint Chapter 11 Plan (Dated April

20 16, 2007)" ("Submission") filed prior to the Hearing; (vi) all other pleadings, exhibits,

21 documents and other evidence submitted before or at the Hearing; (vii) the record in these

22 cases; and (viii) the arguments and representations of counsel at the Hearing.

23    Based upon that review and consideration, the Court hereby finds that:

24    A.    The notice given of the Hearing and the Motion is sufficient and

25 appropriate under the particular circumstances and complies with the applicable provisions

26 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures ("Bankruptcy Rules"),

27

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

28    [1]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

95849.1                                                    1

1    and Local Bankruptcy Rules of this Court ("Local Rules"), and no other notice need be

2    given.

3            B.    The Disclosure Statement contains adequate information within the

4    meaning of Bankruptcy Code section 1125.

5            C.    The solicitation, balloting, tabulation, and confirmation procedures set

6    forth in the Motion; the form of notices attached hereto as <u>Exhibits A-1 and A-2</u>; the form of

7    ballots attached hereto as <u>Exhibits C1 and C4</u>; and the deadlines and other relief requested by

8    the Debtors in the Motion are fair, reasonable, and appropriate, authorized by the applicable

9    provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court,

10    and in the best interests of the estates.

11            D.    Counsel for the OUST has advised that the objections of the OUST to

12    the Disclosure Statement have been satisfied by the modifications to the Plan and Disclosure

13    Statement set forth in the Submission.

14            **NOW, THEREFORE, IT HEREBY IS ORDERED THAT:**

15            1.    Subject to the modifications to the Plan and Disclosure Statement set

16    forth in the Submission, the Motion and the relief requested therein are **GRANTED**.

17            2.    Any objections to the Motion, to the extent not previously withdrawn or

18    waived, are overruled.

19            3.    The adequacy of the Disclosure Statement is approved and the Debtors

20    are authorized to solicit acceptances and rejections with respect to the Plan.

21            4.    The scope of notice as set forth in the Motion, with respect to the

22    distribution of the Plan and Disclosure Statement, related notices, and solicitation materials

23    in these cases is approved.

24            5.    The Debtors are authorized to disseminate the Disclosure Statement,

25    along with the Plan, and related notices and solicitation materials as follows:

26            a.    On or before May 18, 2007 (the "Service Date"), the Debtors are

27    authorized to serve a "Solicitation Package" consisting of:    (1) the Disclosure

28    Statement; (2) the Plan; (3) a notice of (x) the Court's order approving the adequacy

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

95849.1

2

of the Disclosure Statement, (y) the scheduled hearing regarding confirmation of the Plan (the "Confirmation Hearing"), and (z) the deadlines for voting, filing objections, and submitting evidence in connection therewith, substantially in the form of the proposed notice attached hereto as Exhibit A1 (the "Confirmation Hearing Notice"); (4) a cover letter in support of the Plan from the Official Committee of Unsecured Creditors ("Committee"), a copy of which is attached hereto as Exhibit B; and (5) an appropriate ballot or ballots (if the intended recipient is in a Class that is entitled to vote on the Plan), on the following entities:

  i. All creditors known to the Debtors (1) that have filed a proof of claim in the Debtors' cases (other than claims that have been disallowed, waived, or withdrawn by order of the Court, stipulation, or otherwise), or (2) if no such proof of claim has been filed, on whose behalf the Debtors scheduled a claim in their respective Schedules of Assets and Liabilities ("Schedules");

  ii. All nondebtor parties to unexpired leases and executory contracts as of the Petition Date;

  iii. All parties who have requested special notice in these cases (collectively, the "Special Notice Parties');

  iv. The OUST and the governmental entities enumerated in Bankruptcy Rule 2002(j);

  v. Counsel for the Committee; and

  vi. All holders of Interests of record known to the Debtors including, but not limited to holders of, Existing Class A Common Stock, Existing Class A Convertible Participating Preferred Stock, Existing Class B Non-Voting Common Stock, and Existing Common Stock of PS Estate Inc.

  b. By the Service Date, the Debtors are authorized to cause an abbreviated notice of the Confirmation Hearing, and the means for obtaining more information in connection therewith, in substantially the form of the proposed notice attached hereto as Exhibit A2 (the "Publication Notice"), to be published one time at the expense of

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

95849.1

1    the Estates in <u>USA Today</u>.

2         6.    The Debtors are authorized to file the Exhibits required in the Plan to be

3    filed by the last business day that is at least ten (10) days prior to the date of the

4    Confirmation Hearing as specified therein (with the exception of the Continuing Estate

5    Agreement, which shall be filed no later than fourteen (14) days prior to the date of the

6    Confirmation Hearing).

7         7.    The form of notices attached hereto as <u>Exhibits A-1 and A-2</u> and the

8    form of ballots attached hereto as <u>Exhibits C1 and C4</u> are hereby approved.

9         8.    The Debtors are authorized to employ the following procedures for

10   balloting and for the tabulation of ballots with respect to the Plan, which procedures are

11   hereby approved:

12         a.    The amount of a claim for the purposes of ballot tabulation will be:

13              i.    For a claim identified in the Schedules as not contingent,

14   not unliquidated, and not disputed, and that has not been disallowed, waived,

15   or withdrawn by order of the Court, stipulation, or otherwise prior to the

16   Confirmation Hearing, and for which no proof of claim has been filed timely,

17   the claim amount as identified in the Schedules (the "Scheduled Amount");

18              ii.   For a timely proof of claim that is filed in a specified

19   liquidated amount and that is not the subject of an objection filed before the

20   Confirmation Hearing or that has not been disallowed, waived, or withdrawn

21   by order of the Court, stipulation, or otherwise prior to the Confirmation

22   Hearing, the specified liquidated amount in such proof of claim;

23              iii.  For a claim that is the subject of an objection in whole or

24   in part before the Confirmation Hearing, only the undisputed amount, if any, of

25   such claim, unless such claim is temporarily allowed under Bankruptcy Rule

26   3018(a).

27         b.    If an entity submits a ballot for a claim (i) for which there is no timely

28   proof of claim filed and for which there is no corresponding Scheduled Amount (or

KLEE, TUCHIN, BOGDANOFF & STEIN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

95849.1

4

there is a Scheduled Amount that is listed as contingent, disputed and/or unliquidated), or (ii) that is the subject of an unresolved objection filed prior to the Confirmation Hearing, such ballot will not be counted unless otherwise ordered by the Court.

c.      Creditors that have claims in more than one voting Class under the Plan must submit a separate ballot for voting their claims in each such Class. Any creditor that requires additional copies of a ballot either may photocopy the original ballot or obtain an additional ballot pursuant to the instructions set forth in the Confirmation Hearing Notice and the proposed ballots. If a creditor uses a single ballot to vote claims in more than one Class, such combined ballot will not be counted.

d.      If an entity casts more than one eligible ballot with respect to the same claim before the Balloting Deadline, as established below, the last ballot received prior to that deadline shall supersede any prior ballot(s) by such entity with respect to such claim.

e.      Any ballot that is incomplete or that is not received by the applicable deadline shall not be counted; provided, however, that any ballot that is signed but that does not indicate an acceptance or rejection of the Plan shall be deemed to be a ballot accepting the Plan.

f.      Gideon Brower, a legal assistant at Klee, Tuchin, Bogdanoff & Stern LLP, (the "Ballot Tabulator"), or such other person designated by the firm, shall tabulate the ballots and prepare the appropriate reports with respect thereto. After tabulation of the ballots, a Plan Ballot Summary, in substantially the form of Official Form F 3017, will be submitted.

g.      Pursuant to the Plan, the deadline for objecting to claims is after the date of the Confirmation Hearing. As a result, creditors may not rely on the absence of an objection to their proofs of claim in determining whether to vote to accept or reject the Plan or as any indication that the Debtors ultimately will not object to the amount, priority, security, or allowability of such claims.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

95849.1

9.    The Court hereby establishes the following deadlines and procedures in connection with balloting in respect of the Plan and in connection with the Court's consideration of confirmation of the Plan:

a.    The deadline by which the Debtors' initial memorandum and evidence in support of confirmation of the Plan must be filed and served shall be June 8, 2007. Such memorandum and evidence shall be served on the Special Notice Parties.

b.    The deadline by which ballots to accept or reject the Plan must be received by the Ballot Tabulator shall be June 15, 2007, at 5:00 p.m. (Pacific Time) ("Balloting Deadline"). All ballots must actually be received by the Ballot Tabulator on or before the Balloting Deadline in order to be counted.

c.    The deadline by which any party objecting to confirmation of the Plan must file and serve its objection and evidence in support thereof shall be June 15, 2007. Any objection to confirmation of the Plan must be in writing, specify the name and address of the party objecting, set forth the amount of the objecting party's claims and any other grounds giving the objector standing to object, set forth the grounds for the objection, and be accompanied by the objecting party's evidentiary support for its objection, including declarations made under penalty of perjury and other admissible documentary evidence.    Such objection and evidence in support thereof shall be served on the Debtors, their counsel, counsel for the Committee, counsel for the OUST, and the Special Notice Parties.

d.    The deadline by which the Debtors or any other parties in interest must file and serve their response, if any, to any objection to confirmation of the Plan, and any evidence in support thereof, shall be June 25, 2007. Such response and evidence in response to an objection shall be served on the Debtors, their counsel, counsel to the Committee, counsel to the OUST, and the party whose objection is the subject of such response.

e.    The deadline by which the Debtor must file and serve the Plan Ballot Summary shall be June 25, 2007. The Plan Ballot Summary shall be served on

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

95849.1

1   counsel to the Committee, the OUST, and any party that has filed an objection to the

2   Plan.

3         f.     The Confirmation hearing shall be held on <u>June 28, 2007 at 2:00 p.m.</u>,

4   or such later time as the Court may set.

5         g.     Any objection not timely filed and served will be deemed to be waived

6   and to be a consent to the Court's entry of an order confirming the Plan.

7         h.     Any evidence that is not timely filed and served will be stricken from

8   the record and will not be considered in determining any contested matter at the

9   Confirmation Hearing.

10        i.     All declarants must appear, without need for subpoena at the

11  Confirmation Hearing to be available for cross-examination. The testimony of any

12  declarant who is not present for cross-examination at the Confirmation Hearing will

13  be stricken from the record and will not be considered in determining contested

14  matters at the Confirmation Hearing.

15

16

17  Dated: May _10_, 2007

                      KATHLEEN THOMPSON

18                        UNITED STATES BANKRUPTCY JUDGE

19

20

21  Presented by:

22

23

24  _____

    MARTIN R. BARASH, a Member of
25  KLEE, TUCHIN, BOGDANOFF & STERN LLP
    Bankruptcy Counsel for Debtors and
26  Debtors in Possession

27

28

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

95849.1

1  DANIEL J. BUSSEL (State Bar No. 121939)
   MICHAEL L. TUCHIN (State Bar No. 150375)
2  BRENDT C. BUTLER (State Bar No. 211273)
   STACIA A. NEELEY (State Bar No. 233157)
3  KLEE, TUCHIN, BOGDANOFF & STERN LLP
   1999 Avenue of the Stars, 39th Floor
4  Los Angeles, California  90067
   Telephone:   (310) 407-4000
5  Facsimile:    (310) 407-9090

6  Bankruptcy Counsel for
   Debtors and Debtors In Possession

7  Debtors' Mailing Address
   633 West Fifth Street, Suite 2560
8  Los Angeles, CA 90071

9  PureBeauty, Inc.'s Federal Tax I.D. # 95-XXX5014
   Pure Salons, Inc.'s Federal Tax I.D. # 95-XXX9408

10

11              **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12              **SAN FERNANDO VALLEY DIVISION**

13  In re                                      Jointly Administered under
                                               Case No.: SV 06-10545 KT
14  PUREBEAUTY, INC., a Delaware
    corporation,
15                                             Chapter 11
    PURE SALONS, INC., a Delaware
16  corporation,                               **NOTICE OF (I) APPROVAL OF (1)**
                                               **ADEQUACY OF DISCLOSURE**
17              Debtors.                        **STATEMENT, AND (2) RELATED**
                                               **PROCEDURES AND DEADLINES; AND (II)**
18                                             **HEARING ON CONFIRMATION OF**
                                               **DEBTORS' AMENDED JOINT CHAPTER**
19                                             **11 PLAN (DATED: APRIL 16, 2007)**

20                                             **<u>Confirmation Hearing</u>**

21                                             Date:    [_____] [____] , 2007
22                                             Time:    2:00 p.m.
                                               Place:   Courtroom 301
23                                                      21041 Burbank Blvd.
                                                        Woodland Hills, CA 91367
24

25

26

27

28
                                                        EXHIBIT A-1

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

94092.2

TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES
BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND
ALL PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** that on May 10, 2007, at 2:00 p.m., the United States
Bankruptcy Court for the Central District of California, San Fernando Valley Division (the
"Court") held a hearing (the "Hearing") to consider the Motion (the "Motion")[1] to approve the
adequacy of the information contained in the *Disclosure Statement Describing Debtors'
Amended Joint Chapter 11 Plan (Dated: April 16, 2007)* (the "Disclosure Statement") filed by
PB Estate Inc. f/k/a PureBeauty, Inc. and PS Estate Inc. f/k/a Pure Salons, Inc., the debtors
and debtors in possession in the above-captioned jointly administered chapter 11 cases
(together, the "Debtors"). Following the hearing, Court entered its *Order Authorizing And
Approving: (A) Adequacy of Debtors' Disclosure Statement; (B) Form, Scope, And Nature of
Solicitation, Balloting, Tabulation, And Notices With Respect Thereto; And (C) Related
Confirmation Procedures, Deadlines, And Notices* (the "Order"). Among other things, the
Order approved the Disclosure Statement as containing adequate information to enable
creditors and other parties in interest to make an informed judgment when determining
whether to vote to accept or reject the *Debtors' Amended Joint Chapter 11 Plan (Dated: April
16, 2007)* (the "Plan").

In accordance with the Order, **NOTICE HEREBY IS GIVEN THAT:**

## DISTRIBUTION OF SOLICITATION MATERIALS

1.    The Court has approved the adequacy of the Disclosure Statements as
containing "adequate information" within the meaning of Bankruptcy Code section 1125(a)
and has authorized transmittal of the Disclosure Statement and the Plan in the manner set
forth in the Order.

2.    If you have received this Notice with the Plan and Disclosure Statement but you
have not received a ballot, the Debtors believe that you are not entitled to vote on the Plan

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39th FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

---

[1]    All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

EXHIBIT A-1

1 | because: (a) you are a creditor whose claim is unimpaired by the Plan; (b) you are a creditor
2 | or equity security holder who is deemed to reject the Plan; or (c) you are entitled to notice but
3 | you are not a creditor or an equity security holder.

4 |       3.     You may obtain, at the Debtors' expense, copies of the Disclosure Statement and
5 | exhibits, the Plan, the Order, the Plan exhibits, or a ballot by sending a written request to the
6 | following address:

7 |                  Klee, Tuchin, Bogdanoff & Stern LLP
                 Attention: Gideon Brower
8 |                  1999 Avenue of the Stars, 39th Floor
9 |                  Los Angeles, California 90067
                 Facsimile: (310) 407-9090
10 |

11 | **DO NOT TELEPHONE THE COURT, THE OFFICE OF THE UNITED STATES**
12 | **TRUSTEE, THE DEBTORS OR THEIR COUNSEL TO REQUEST A BALLOT OR**
13 | **OTHER DOCUMENTS.**

14 | <u>**VOTING PROCEDURES AND DEADLINES**</u>

15 |       4.     Creditors and Interest holders who wish to vote on the Plan must return their
16 | ballots to accept or reject the Plan so that they are actually received by Klee, Tuchin,
17 | Bogdanoff & Stern LLP at the address below by **no later than June 15, 2007, at 5:00 p.m.**
18 | **Pacific Time (the "Balloting Deadline")**. Ballots may be transmitted by first class mail,
19 | overnight delivery, hand delivery or facsimile; ballots sent by e-mail will not be accepted.
20 | Any ballots received after the Balloting Deadline will not be counted. Creditors and interest
21 | holders should return their ballots, in accordance with the instructions printed on the ballots,
22 | to the following address:

23 |                  Klee, Tuchin, Bogdanoff & Stern LLP
                 Attention: Gideon Brower
24 |                  1999 Avenue of the Stars, 39th Floor
25 |                  Los Angeles, California 90067
                 Facsimile: (310) 407-9090
26 |

27 |       5.     Pursuant to the Plan, the deadline for objecting to Claims or Interests is after the
28 | hearing on the confirmation of the Plan on [_____] [____], 2007 at [____]:[____] [__].m. (the

EXHIBIT A-1

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

1  "Confirmation Hearing").  Accordingly, creditors and interest holders may not rely on the

2  absence of an objection to their proofs of Claim or proofs of Interest in determining whether

3  to vote to accept or reject the Plan or as any indication that the Debtors ultimately will not

4  object to the amount, priority, security, or allowability of such Claims or Interests.

5        6.     Any party that disputes the Debtors' characterization of its Claim or Interest as

6  "unimpaired" and wishes to vote on the Plan must file a motion with the Court on or before

7  [_____] [___], 2007 requesting a finding of impairment from the Court to obtain the

8  right to vote and serve such motion on counsel to the Debtors at the address listed at the upper

9  left-hand corner of the caption page of this Notice and on the Special Notice Parties.  Motions

10  to obtain a finding of impairment of a Claim or Interest for voting purposes will be heard by

11  the Court on or before [_____] [___], 2007.  To cast a timely vote, the Claim holder or

12  Interest holder must obtain the Court's finding of "impairment" on or before the Balloting

13  Deadline on June 15, 2007, and, thereafter, submit a timely ballot such that it is received by

14  the Ballot Tabulator by 5:00 p.m. Pacific Time on June 15, 2007.  If the Debtors object to

15  your Claim, or if you have not Filed a proof of Claim and your Claim is identified in the

16  Schedules as a disputed, contingent or unliquidated Claim, then your vote will not be counted

17  unless you first obtain an order from the Court allowing your Claim for voting purposes in

18  accordance with the procedures set forth in this Paragraph 4.

19        7.     By [_____] [___] , 2007, the Debtors will file the Exhibits required in the

20  Plan to be filed by such date and will serve such Exhibits on the Special Notice Parties.

21  **PLAN CONFIRMATION HEARING AND DEADLINES FOR OBJECTIONS**

22        8.     The Confirmation Hearing will be held on [_____] [___], 2007 at

23  [___]:[___] [___].m. in Courtroom 301, Burbank Blvd., Woodland Hills, California 91367.

24  The Confirmation Hearing may be continued by announcement in open court without further

25  notice to parties in interest.

26        9.     The Debtors will file any initial memoranda and evidence in support of Plan

27  confirmation by [_____] [___], 2007 and serve it on the Special Notice Parties.

28        10.    Except as provided below, any objection to Plan confirmation must be filed with

EXHIBIT A-1

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

the Court and served upon the Special Notice Parties above by [_____] [___], 2007. Any such objections and evidence must:

    a.   Be in writing;

    b.   Be accompanied by a memorandum of points and authorities; and

    c.   Set forth in detail the name and address of the party filing the objection, the grounds for the objection, any evidentiary support for the objection in the nature of declarations submitted under penalty of perjury, and the amount of the objector's claims or such other grounds that give the objector standing to assert the objection.

11.    The failure to file and serve an objection by the deadlines set forth herein will be deemed by the Court to be consent to Plan confirmation, and any evidence that is not timely filed and served will be stricken from the record and will not be considered in determining any contested matter at the Confirmation Hearing.

12.    All declarants must be available, without need for subpoena, to appear for cross-examination at the Confirmation Hearing upon 48 hours written notice from the Debtors. The testimony of any required declarant who is not present for cross-examination at the Confirmation Hearing will be stricken from the record and will not be considered in determining contested matters at the Confirmation Hearing.

13.    Responses to any objections to Plan confirmation may be filed by no later than [_____] [___], 2007 and served on the Special Notice Parties.

## DISCHARGE AND INJUNCTION

14.    Section VI.A of the Plan provides for the following discharge and injunction:

> *Upon the Effective Date, Bankruptcy Code section 1141 shall become applicable with respect to the Plan and the Plan shall be binding on all parties to the fullest extent permitted by Bankruptcy Code section 1141(a).  In accordance with Bankruptcy Code section 1141(d)(A)(3), the Plan does not discharge the Debtors.  Bankruptcy Code section 1141 nevertheless provides, among other things, that the property dealt with by the Plan is free and clear of all Claims and Interests of creditors and equity security holders. Accordingly, no entity holding a Claim against or Interest in the Debtors may receive any payment from, or seek recourse against, any assets that are to be distributed under the Plan other than assets*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39th FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

EXHIBIT A-1

5

*required to be distributed to that entity under the Plan. As of the Effective Date, all parties are precluded from asserting against any property that is to be distributed under the Plan any Claims, rights, causes of action, liabilities, or Interests based upon any act, omission, transaction, or other activity that occurred before the Effective Date except as expressly provided in the Plan or the Confirmation Order.*

DATED: May ___, 2007

_____
MARTIN R. BARASH
KLEE, TUCHIN, BOGDANOFF & STERN LLP
Chapter 11 Bankruptcy Counsel for
Debtors and Debtors in Possession

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 407-4000

EXHIBIT A-1

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| In re: | Joint Administered Under Case No.  SV-06-10545 KT |
|---|---|
| PUREBEAUTY, INC., a Delaware corporation, <br> PURE SALONS, INC., a Delaware corporation,, <br><br><br>Debtors. | Chapter 11 |

## NOTICE OF HEARING ON DEBTORS' AMENDED JOINT CHAPTER 11 PLAN (DATED: APRIL 16, 2007)

**PLEASE TAKE NOTICE** that, on [_____] [____] at [___]:[___] [__].m. Pacific Time, in Courtroom 301, 21041 Burbank Blvd., Woodland Hills, California 91367, the United States Bankruptcy Court will hold a hearing to consider confirmation of the *Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007)* (the "Plan"), filed by PB Estate Inc. f/k/a PureBeauty, Inc. and PS Estate Inc. f/k/a Pure Salons, Inc., the debtors and debtors in possession in the above-captioned jointly administered chapter 11 cases (together, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that if the Court enters an order confirming the Plan, Bankruptcy Code section 1141 shall become applicable with respect to the Plan and the Plan shall be binding on all parties to the fullest extent permitted by Bankruptcy Code section 1141. Any party wishing further information regarding confirmation of the Plan, including deadlines and procedures for filing objections thereto, must make a specific written request to: Klee, Tuchin, Bogdanoff & Stern LLP, Attn: Gideon Brower, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, facsimile (310) 407-9090.

DATED: May ____, 2007

PB Estate Inc. and PS Estate Inc.

EXHIBIT A-2

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF PUREBEAUTY, INC. AND PURE SALONS, INC.**

Chapter 11 Case No. 06-10545 KT

TO:   **UNSECURED CREDITORS OF PUREBEAUTY, INC. AND PURE SALONS, INC.**

The Official Committee of Unsecured Creditors (the "Committee") in the jointly administered Chapter 11 cases of PureBeauty, Inc. and Pure Salons, Inc. (the "Debtors") writes to advise general unsecured creditors of the Committee's support for the Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007), which was filed by the Debtors on January 29, 2007, and was amended on April 16, 2007 (the "Plan"). Any capitalized terms used but not defined herein have the meanings ascribed to such terms in the Plan.

THE COMMITTEE RECOMMENDS THAT HOLDERS OF GENERAL UNSECURED CLAIMS **VOTE TO ACCEPT THE PLAN**. *Each holder of a general unsecured claim must, however, make its own independent decision as to whether or not the Plan is acceptable to that creditor before voting to accept or reject the Plan.* PLEASE NOTE THAT EACH CREDITOR MUST SUBMIT A COMPLETED BALLOT SO AS TO BE RECEIVED BY THE DEBTORS' VOTING AGENT **ON OR BEFORE** _____, 2007, IN ACCORDANCE WITH THE INSTRUCTIONS ON THE BALLOT.

**The Plan.** The Plan is the product of extensive negotiations between the Debtors and the Committee and establishes a post-confirmation continuing estate and estate representative to liquidate remaining assets and claims for the benefit of creditors, as more fully described in the Debtors' Disclosure Statement. We believe that the procedure embodied in the Plan will maximize recoveries for unsecured creditors of the Debtors.

**Distributions.** The Plan provides that holders of general unsecured claims shall receive distributions after Allowed Administrative Claims, Allowed Tax Claims, Allowed Priority Claims, and Allowed Secured Claims are paid in full and after the Continuing Estate Representative reserves for expenses incurred and anticipated to be incurred as provided for under the Plan.

*The foregoing description summarizes only certain aspects of the Plan and does not constitute any part of and is not intended as a substitute for reading the Disclosure Statement approved by the Court. Creditors should read the Plan, the accompanying Disclosure Statement (including, without limitation, all of the risk factors set forth therein), and any attachments and exhibits thereto in their entirety before voting on the Plan.*

**Ballots.** CREDITORS MUST SUBMIT A TIMELY BALLOT. The Debtors have provided holders of general unsecured claims entitled to vote with ballots to vote to accept or reject the Plan. In order to have a vote counted, creditors must complete and return their respective ballot(s) in accordance with the procedures set forth on the ballot(s) so as to be received by

Debtors' counsel on or before _____, 2007.  Debtors' Counsel's contact information is
as follows:

> KLEE, TUCHIN, BOGDANOFF & STERN LLP
> 1999 AVENUE OF THE STARS, 39TH FLOOR
> LOS ANGELES, CALIFORNIA  90067-6049
> TELEPHONE:  (310) 407-4000
> FACSIMILE:   (310) 407-9090

Please read the directions on the ballot carefully and complete your ballot in its entirety before
returning it to Debtor's counsel.

## THE COMMITTEE RECOMMENDS THAT CREDITORS VOTE TO ACCEPT THE PLAN AND SUBMIT THEIR BALLOTS SO AS TO BE RECEIVED BY DEBTORS' COUNSEL ON OR BEFORE _____, 2007.

**Additional Information.**  If you have any questions concerning the procedures for voting on the
Plan, please contact Debtors' counsel.  General unsecured creditors who require further
information about the chapter 11 cases may contact the Committee's attorneys:

> WINSTON & STRAWN LLP
> David J. Richardson
> 333 South Grand Avenue, 38th Floor
> Los Angeles, California
> (213) 615-1700
> (213) 615-1750 (fax)
> djrichardson@winston.com

EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>PUREBEAUTY, INC., a Delaware corporation,<br>PURE SALONS, INC., a Delaware corporation,,<br><br><br>Debtors. | Joint Administered Under Case No. SV-06-10545 KT<br><br>Chapter 11 |

**CLASS 1 BALLOT (INVEST CORP. 2 SECURED CLAIM)**
for
Accepting or Rejecting the *Debtors' Amended Joint Chapter 11 Plan (Dated: April 16,, 2007)* (the "Plan")

**Step 1.**   **Amount of Claim.** I hold a Class 1 Claim (Invest Corp. 2 Secured Claim) against the above-referenced debtors in the unpaid amount of $_____.

**Step 2.**   **Voting.** With respect to the Plan, and my Class 1 Claim, I hereby vote to:

☐ ⌐ ACCEPT the Plan          ☐          REJECT the Plan

*You may check only one box in Step 2. Your vote will be deemed to Accept the Plan if you do not check a box or if you check both boxes.*

**Step 3.**   **Creditor Information and Signature.** By signing this Ballot, _____ acknowledges that it has received a copy of the Plan and the *Disclosure Statement Describing Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007)* (the "Disclosure Statement").

Signature:

_____

If by Authorized Agent, Name and Title:

_____
*(Print or Type)*

Date Completed: _____

**Step 4.**   **Submission of Ballot.** You must return this Ballot to the Ballot Tabulator at the following address so that it is received by no later than 5:00 p.m. Pacific Time on **June 15, 2007** by:  Klee, Tuchin, Bogdanoff & Stern LLP, Attn: Gideon Brower, Ballot Tabulator, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, facsimile (310) 407-9090.  A pre-addressed envelope has been provided for your convenience.

*(INSTRUCTIONS CONTINUE ON REVERSE SIDE)*

## VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS

**PLAN CONFIRMATION.** Enclosed is the *Debtors' Amended Joint Chapter 11 Plan (Dated:April 16, 2007)* (the "Plan"), proposed by PB Estate Inc. f/k/a PureBeauty, Inc. and PS Estate Inc. f/k/a Pure Salons, Inc., the debtors and debtors in possession in the above-captioned jointly administered chapter 11 cases (together, the "Debtors"), and the *Disclosure Statement Describing Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007)* (the "Disclosure Statement"). The Bankruptcy Court may confirm the Plan if, among other things, it is accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the Plan. Even if all classes do not accept the Plan, the Bankruptcy Court may confirm the Plan if the treatment afforded the class or classes rejecting the Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms the Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 1 Claim (Invest Corp. 2 Secured Claim) under the Plan and wish to vote to accept or reject the Plan, you must complete this Ballot and return it to the Ballot Tabulator by first class mail, overnight delivery or facsimile. When returning your Ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST THE PLAN, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF THE PLAN IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO GIDEON BROWER AT KLEE, TUCHIN, BOGDANOFF & STERN LLP, 1999 AVENUE OF THE STARS, 39th FLOOR, LOS ANGELES, CALIFORNIA 90067, FACSIMILE (310) 407-9090, SO THAT IT IS RECEIVED <u>NO LATER THAN 5:00 P.M. PACIFIC TIME ON JUNE 15, 2007.</u> BALLOTS RECEIVED LATE WILL NOT BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a Ballot is not completed in its entirety so that all the required information and signatures are provided, the Ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims or interests in more than one class under the Plan, you should receive a different Ballot for each class in which you hold a claim or interest. Each Ballot may be used only for the class of claims or interests indicated on the Ballot. If more than one Ballot is received from you for the same class, the latest Ballot received prior to the Balloting Deadline will be counted, by reference first to the date of the Ballots, and if either Ballot is undated, by reference to the postmark or other indicia of the date of transmission.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Plan and Disclosure Statement, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Plan and the classification and treatment of your claim under the Plan. Your claim, if any, has been placed in Class 1 under the Plan. Please refer to the Plan and Disclosure Statement for further information. If you do not have a Plan and Disclosure Statement, you may obtain a copy from Klee, Tuchin, Bogdanoff & Stern LLP, Attn: Gideon Brower, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, facsimile (310) 407-9090.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This Ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, or other documents with this Ballot.

**QUESTIONS.** If your Ballot is damaged, if you need additional Ballots, or if you have any questions about voting procedures, you should contact Gideon Brower, Ballot Tabulator, at Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, facsimile (310) 407-9090.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| In re:<br><br>PUREBEAUTY, INC., a Delaware corporation,<br>PURE SALONS, INC., a Delaware corporation,,<br><br>Debtors. | Joint Administered Under Case No.  SV-06-10545 KT<br><br>Chapter 11 |
|---|---|

## CLASS 4 BALLOT (GENERAL UNSECURED CLAIMS)
for
Accepting or Rejecting the *Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007)* (the "Plan")

**Step 1.**    **Amount of Claim.**  I hold a Class 4 Claim (General Unsecured Claims) against the above-referenced debtors in the unpaid amount of $_____.

**Step 2.**    **Voting.**  With respect to the Plan, and my Class 6 Claim, I hereby vote to:

☐  **ACCEPT the Plan**            ☐    **REJECT the Plan**

*You may check only one box in Step 2.  Your vote will be deemed to Accept the Plan if you do not check a box or if you check both boxes.*

**Step 3.**    **Creditor Information and Signature.** By signing this Ballot, _____ acknowledges that it has received a copy of the Plan and the *Disclosure Statement Describing Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007)* (the "Disclosure Statement").

Signature:

_____

If by Authorized Agent, Name and Title:

_____

*(Print or Type)*

Date Completed: _____

**Step 4.**    **Submission of Ballot.**  You must return this Ballot to the Ballot Tabulator at the following address so that it is received by no later than 5:00 p.m. Pacific Time on **June 15, 2007** by:  Klee, Tuchin, Bogdanoff & Stern LLP, Attn: Gideon Brower, Ballot Tabulator, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, facsimile (310) 407-9090.  A pre-addressed envelope has been provided for your convenience.

### *(INSTRUCTIONS CONTINUE ON REVERSE SIDE)*

94103.2                                                                                        EXHIBIT C-4

## VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS

**PLAN CONFIRMATION.** Enclosed is the *Debtors' Amended Joint Chapter 11 Plan (Dated: April 16, 2007)* (the "Plan"), proposed by PB Estate Inc. f/k/a PureBeauty, Inc. and PS Estate Inc. f/k/a Pure Salons, Inc., the debtors and debtors in possession in the above-captioned jointly administered chapter 11 cases (together, the "Debtors"), and the *Disclosure Statement Describing Debtors' Amended Joint Chapter 11 Plan (Dated: April 16,, 2007)* (the "Disclosure Statement"). The Bankruptcy Court may confirm the Plan if, among other things, it is accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the Plan. Even if all classes do not accept the Plan, the Bankruptcy Court may confirm the Plan if the treatment afforded the class or classes rejecting the Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms the Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 4 Claim (General Unsecured Claims) under the Plan and wish to vote to accept or reject the Plan, you must complete this Ballot and return it to the Ballot Tabulator by first class mail, overnight delivery or facsimile. When returning your Ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST THE PLAN, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF THE PLAN IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO GIDEON BROWER AT KLEE, TUCHIN, BOGDANOFF & STERN LLP, 1999 AVENUE OF THE STARS, 39th FLOOR, LOS ANGELES, CALIFORNIA 90067, FACSIMILE (310) 407-9090, SO THAT IT IS RECEIVED NO LATER THAN 5:00 P.M. PACIFIC TIME ON JUNE 15, 2007. BALLOTS RECEIVED LATE WILL NOT BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a Ballot is not completed in its entirety so that all the required information and signatures are provided, the Ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims or interests in more than one class under the Plan, you should receive a different Ballot for each class in which you hold a claim or interest. Each Ballot may be used only for the class of claims or interests indicated on the Ballot. If more than one Ballot is received from you for the same class, the latest Ballot received prior to the Balloting Deadline will be counted, by reference first to the date of the Ballots, and if either Ballot is undated, by reference to the postmark or other indicia of the date of transmission.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Plan and Disclosure Statement, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Plan and the classification and treatment of your claim under the Plan. Your claim, if any, has been placed in Class 4 under the Plan. Please refer to the Plan and Disclosure Statement for further information. If you do not have a Plan and Disclosure Statement, you may obtain a copy from Klee, Tuchin, Bogdanoff & Stern LLP, Attn: Gideon Brower, 1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067, facsimile (310) 407-9090.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This Ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, or other documents with this Ballot.

**QUESTIONS.** If your Ballot is damaged, if you need additional Ballots, or if you have any questions about voting procedures, you should contact Gideon Brower, Ballot Tabulator, at Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067, facsimile (310) 407-9090.

〜 **NOTE TO USERS OF THIS FORM:** 〜
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| | |
|---|---|
| In re<br>PureBeauty, Inc.<br>Pure Salons, Inc.<br><br>Debtor. | CHAPTER    11<br><br>CASE NUMBER    SV 06-10545-KT<br>(Jointly Administered) |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.    You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

ORDER AUTHORIZING AND APPROVING: (A) ADEQUACY OF DISCLOSURE STATEMENT; (B) FORM, SCOPE, AND NATURE OF SOLICITATION, BALLOTING, TABULATION, AND NOTICES WITH RESPECT THERETO; AND (C) RELATED CONFIRMATION PROCEDURES, DEADLINES, AND NOTICES

Was entered on *(specify date)*:

MAY 1 1 2007

2.    I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*:

MAY 1 1 2007

Dated:    MAY 1 1 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
                    *Deputy Clerk*

# SERVICE LIST

**Office of the U.S. Trustee**
Attn:  Jennifer Braun
21051 Warner Center Lane Suite 115
Woodland Hills, CA 91367

**Counsel for Debtor**
Michael L. Tuchin
Martin R. Barash
Stacia A. Neeley
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90061

**Counsel for the Official Committee of
Unsecured Creditors**
Winston & Strawn
David J. Richardson, Esq.
Eric. G. Sagerman, Esq.
333 S. Grand Ave , 38th Floor
Los Angeles,  90071